Carmen L. Fischer, Esq., Phoenix, AZ, for Defendant–Appellant.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Raul MUNOZ–RUIZ, aka Raul Munoz,
Defendant–Appellant.**

No. 07–10187.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 3, 2007.*

Filed Dec. 28, 2007.

Before: GOODWIN, WALLACE and FISHER, Circuit Judges.

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Liza Granoff, U.S. Attorneys Office, Tucson, AZ, for Plaintiff–Appellee.

Francisco Leon, Esq., Tucson, AZ, for Defendant–Appellant.

Raul Munoz–Ruiz, Florence, AZ, pro se.

Before GOODWIN, WALLACE and FISHER, Circuit Judges.

MEMORANDUM **

Raul Muñoz–Ruiz appeals from his guilty-plea conviction and 45–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Muñoz–Ruiz's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

We have conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We dismiss the appeal based on the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Accordingly, counsel's motion to withdraw is **GRANTED,** and the appeal is **DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.